**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDERICK LEE JACKSON, | ) | CASE NO. CV 09-01145 RSWL (RZ) |
|     Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) ) | |
| DEBRA HERNDON, WARDEN, | ) ) | |
|     Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: September 25, 2009

RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE