O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FREDERICK LEE JACKSON, | ) | CASE NO. CV 09-01145 RSWL (RZ) |
|---|---|---|
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| DEBRA HERNDON, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of FREDERICK LEE JACKSON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 25, 2009

RONALD S.W. LEW
HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE